UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIGI LIANG,

                Plaintiff,

      -against-


FLAGSHIP FACILITY SERVICES, INC. and
CANDACE MACIAS,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/19/2026__

26 Civ. 163 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Defendants have moved to compel arbitration and to dismiss or stay this action.  *See* ECF Nos. 11–13.  Accordingly:

1. By **March 19, 2026**, Plaintiff shall file her opposition papers; and
2. By **April 2, 2026**, Defendants shall file their reply, if any.

      SO ORDERED.

Dated: February 19, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge